In re GROSSE POINTE YACHT CLUB, a Michigan Corporation, Debtor.

Appeal of John McNeil BURNS, Attorney for Debtor and Petitioning Bondholders. John D. Lynch, Permanent Trustee, Appellee; Abner E. Larned, Former Permanent Trustee, Appellee; William Lucking, Dean Lucking, Howell Van Auken, Lawrence M. Sprague, Fred J. Schumann and Waldo K. Greiner, Doing Business Under the Name of Lucking, Van Auken & Sprague, Attorneys for Permanent Trustee, Appellees; Union Guardian Trust Co., a Michigan Corporation, Trustee, Appellee; George B. Shaeffer and Louis F. Dahling, Attorneys for Union Guardian Trust Company, a Michigan Corporation, Trustee, Appellees.

Circuit Court of Appeals. Sixth Circuit.
Oct. 10, 1938.

John McNeil Burns, of Detroit, Mich., for appellant.

No appearance for appellees.

In re GROSSE POINTE YACHT CLUB, a Michigan Corporation, Debtor.

Appeal of John McNeil BURNS, Attorney for Debtor and Petitioning Bondholders. John D. Lynch, Permanent Trustee, Appellee; Abner E. Larned, Former Permanent Trustee, Appellee; William Lucking, Dean Lucking, Howell Van Auken, Lawrence M. Sprague, Fred J. Schumann and Waldo K. Greiner, Doing Business Under the Name of Lucking, Van Auken & Sprague, Attorneys for Permanent Trustee, Appellees; Union Guardian Trust Company, a Michigan Corporation, Trustee, Appellee; George B. Shaeffer and Louis F. Dahling, Attorneys for Union Guardian Trust Company, a Michigan Corporation, Trustee, Appellees.

Circuit Court of Appeals, Sixth Circuit.
Oct. 10, 1938.

John McNeil Burns, of Detroit, Mich., for appellant.

No appearance for appellees.

PER CURIAM.

Upon reading and filing the attached stipulation consenting to the dismissal without costs of the appeal of John McNeil Burns from the order signed, filed and entered by the Honorable Arthur F. Lederle, in the United States District Court for the Eastern District of Michigan, Southern Division, on the 9th day of July, 1938, allowing to Lucking, Van Auken & Sprague the sum of $1,500 as compensation for services as attorneys for permanent trustee, and it appearing therefrom that it is agreed that the said appeal may be dismissed, now therefore, it is hereby ordered that the said appeal of John McNeil Burns from the said order may be and the same is hereby dismissed without costs to any of the parties.